# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESLIS R. EDEN

NO. 2024 KW 0440

**JULY 15, 2024**

---

In Re: Preslis R. Eden, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-19-0413.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** A trial court is required to grant an out-of-time appeal if the defendant establishes he was not advised of the right to appeal or if the defense attorney was at fault in failing to file or perfect a timely appeal. **State v. Counterman,** 475 So.2d 336, 339 (La. 1985). Accordingly, the ruling denying the request for an out-of-time appeal is vacated, the matter is remanded, and the court is ordered to hold an evidentiary hearing to determine if relator is entitled to an out-of-time appeal under **Counterman,** and appoint counsel for the hearing if relator is indigent. See La. Code Crim. P. art. 930.7. See e.g., **State v. Lagman,** 2013-2946 (La. 11/7/14), 152 So.3d 164.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT